## IN UNITED STATES SOUTHERN DISTRICT COURT OF TEXAS, LAREDO DIVISION

| | |
|---|---|
| DAVID ELLIS § <br> Plaintiff in Pro Per, § <br> - V. - § <br> SCHNEIDER NATIONAL § <br> CARRIERS, INC., *ET AL*, § <br> Defendants, § | Civil Case No 5:21-CV-25 |

United States Courts
Southern District of Texas
FILED

OCT 20 2023   EG

Nathan Ochsner, Clerk
Laredo Division

### PLAINTIFF'S NOTICE OF APPEAL

(1) Pursuant to the Fed. Rules of App. 3 (a)(1), (c)(1)(A)(B), (d), (e) and 4 (a)(1)(A), the Plaintiff in Pro Per submits this Notice of Appeal. Plaintiff DAVID ELLIS does appeal the District Court's Order and Final Judgment.

(2) The Order disposed of all claims and parties, and is the manifestation of a GRANTED Final Judgment of the Defendant's Motion for Summary Judgment (Dkt 66).

(3) This appeal is being taken to the U.S. 5th Circuit Court of Appeals in New Orleans, LA, at: 600 Maestri Place, Suite 115, New Orleans, LA 70130-3408.

(4) Plaintiff in Pro Per DAVID ELLIS is pauper status for filing fees and costs.

(5) Plaintiff appeals this and FINAL JUDGMENT (Dkt. 78) and foundational ORDER (Dkt. 77), which disposed of all Plaintiff's claims.

Signed on October 20, 2023        Respectfully submitted by:

*David E. Ellis*, David E. Ellis, Plaintiff in Pro Per
PO Box 41, Laredo, TX 78042,   915-333-2127,    DavidEllis2@msn.com

### CERTIFICATE OF SERVICE

I, *David E. Ellis*, David E. Ellis affirm a true and correct copy of this document was sent via US Postal Service on 1/20/23 to:

Sarah K. Wake at McGuireWoods, Attorney for Schneider National
77 W. Wacker Dr, Suite 4100, Chicago, IL 60601-1818,    SWake@mcguirewoods.com