# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 22, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-40611   Ellis v. Schneider National Carriers
                USDC No. 5:21-CV-25

The court has granted in part an extension of time to and including January 10, 2024 for filing appellant's brief in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Rebecca L. Leto, Deputy Clerk
                              504-310-7703

Mr. David Edward Ellis
Mr. Matthew Allen Fitzgerald
Ms. Katharine P. Lennox
Ms. Meghaan C. Madriz