# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 08, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-40611    Ellis v. Schneider National Carriers
                        USDC No. 5:21-CV-25

The court has granted the motion for leave to file electronically as a pro se party in this case.

In light of the court granting your motion to proceed as a pro se filer in this case only, if you do not already have full electronic filing access you must follow the instructions at http://www.ca5.uscourts.gov/docs/prosefiler.pdf

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Christina Rachal*
                              By: _____
                              Christina C. Rachal, Deputy Clerk
                              504-310-7651

Mr. David Edward Ellis
Mr. Matthew Allen Fitzgerald
Ms. Katharine P. Lennox
Ms. Meghaan C. Madriz